RECEIVED
APR 16 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VELMA MARGUARITE CARLSON,<br>Appellant | CIVIL ACTION NO. 11-0798 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR |
| MICHAEL J. ASTRUE,<br>Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Carlson's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16th day of April, 2012.

JAMES T. TRIMBLE, JR.
U.S. District Judge